# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————————

**No. 201600373**

———————————————

## UNITED STATES OF AMERICA
Appellee

v.

## JOSE R. SALAZAR
Corporal (E-4), U.S. Marine Corps
Appellant

———————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Colonel James K. Carberry, USMC.
Convening Authority: Commanding General, 1st Marine Division,
Camp Pendleton, CA.
Staff Judge Advocate's Recommendation: Lieutenant Colonel
Matthew J. Stewart, USMC.
For Appellant: Commander Suzanne M. Lachelier, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

———————————————

Decided 23 February 2017

———————————————

Before CAMPBELL, RUGH, and HUTCHISON, *Appellate Military Judges*

———————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court